UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONTRERAS, | CASE NO. ED CV 08-00757-MMM(PJW) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| D. L. OLLISON, WARDEN, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   March 31, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 08-00757-MMM ORDER.wpd