UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONTRERAS,<br><br>        Petitioner,<br><br>    v.<br><br>D. L. OLLISON, WARDEN,<br><br>        Respondent. | Case No. ED CV 08-00757-MMM(PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 31, 2009

_(signature: Margaret M. Morrow)_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\CV 08-00757-MMM JUDGMENT.wpd